UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HERBERT J. ZIEBEN ) | |
| ) | Civil No. 04-CV-199-P-H |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ZIEBEN VENTURE PARTNERS, ) | |
| LLC, AMERICAN HOUSING ) | |
| PRESERVATION CORPORATION ) | |
| MICHAEL A. LIBERTY, and ) | |
| TRAVIS SOULE ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff hereby dismisses the above-captioned action without prejudice and without costs.

Dated: October 5, 2004                    Respectfully submitted,

/s/ Dylan Smith
William C. Knowles
Scott W. Boak
Dylan Smith

VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME  04112-0586
(207) 774-4000

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2004, I electronically filed Plaintiff's Notice of Dismissal with the Clerk of Court using the CM/ECF system and forwarded a copy of same, via hand delivery, to counsel for defendants at the following address:

  Jennie L. Clegg, Esq.
  Marcus, Clegg & Mistretta, P.A.
  100 Middle Street, East Tower
  Portland, ME  04101-4102


                                                            /s/ Dylan Smith
                                                            Dylan Smith


VERRILL DANA, LLP
One Portland Square
P.O. Box 486
Portland, ME 04112-0586
(207) 774-4000


P:\DSMITH\MISC\ZIEBEN.DISMISSAL.DOC